UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Nobel Insurance Company,

Plaintiff,

vs. ORDER OF DISMISSAL

Rohling Green Corp., Gerald Rohling, Larry Klein, Linda Klein, Adam M. Jaskowiak, Jan Jaskowiak, Clyde M. Stangl and Marlene M. Stangl,

Defendants. Civ. No. 01-800 (JRT/RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

[signature]

Judge John ~~T~~R. Tunheim
United States District Court

DATED: October 5, 2001
At Duluth, Minnesota

FILED OCT 0 9 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

OCT 0 1 2001

# FAEGRE & BENSON LLP

2200 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET
MINNEAPOLIS, MINNESOTA 55402-3901
TELEPHONE 612.766.7000
FACSIMILE 612.766.1600

MICHAEL B. LAPICOLA
MLapicola@faegre.com
612.766.8914

September 28, 2001

**BY TELECOPY**
(218) 529-3529

Victoria L. Miller
Calendar Clerk
United States District Court
Federal Building
515 West First Street
Duluth, MN 55802-1397

Re: Civil File No. 01-CV-800 JRT/RLE
<u>Nobel Insurance Company v. Rohling Green Corp., et al.</u>

Dear Ms. Miller:

Please be advised that the parties in the above-captioned matter have reached a settlement. We anticipate executing a settlement agreement within 45 days of the date of this letter.

Very truly yours,

Michael B. Lapicola

Michael B. Lapicola

MBL:dcfsm

cc: Robert J. Feigh (w/encl.)

M2:20415094.01

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500